**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| HAROLD S. DYKES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00094-PLC |
| | ) | |
| DAN REDINGTON, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of petitioner Harold S. Dykes' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's Motion to Proceed in Forma Pauperis form.

**IT IS FURTHER ORDERED** that petitioner shall either pay the filing fee or submit a motion to proceed in forma pauperis within **thirty (30) days** after the date of this Order.

**IT IS FINALLY ORDERED** that, if petitioner fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of December, 2019